THE STATE OF OHIO, APPELLANT, *v.* HARRELL, APPELLEE.

[Cite as *State v. Harrell* (1992), 65 Ohio St.3d 37.]

(No. 91–1391—Submitted September 15, 1992—Decided October 21, 1992.)

*Stephanie Tubbs Jones*, Prosecuting Attorney, *George J. Sadd* and *L. Christopher Frey*, Assistant Prosecuting Attorneys, for appellant.

The judgment of the court of appeals suppressing the weapons seized from appellee Harrell's house is reversed on the authority of *State v. Perkins* (1985), 18 Ohio St.3d 193, 18 OBR 259, 480 N.E.2d 763. The cause is remanded to the Cuyahoga County Court of Common Pleas for an evidentiary hearing on the inevitable discovery exception to the Exclusionary Rule.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.